UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60951-CIV-SINGHAL/Valle

MARIA VLAHAS,

    Plaintiff,

v.

GIORGIO'S BAKERY MARKET, INC. d/b/a
GIORGIO'S BAKERY & BISTRO, a Florida corporation,
and PETER T. SIALIAMANIS, individually,

    Defendants.

_____/

## FINAL JUDGMENT

**PURSUANT** to the Joint Stipulation for Entry of Judgment (DE [22]) filed by the parties on July 9, 2020, it is hereby

**ORDERED AND ADJUDGED** that Judgment be entered in favor of Plaintiff, MARIA VLAHAS, and against Defendants GIORGIO'S BAKERY MARKET, INC. d/b/a GIORGIO'S BAKERY & BISTRO and PETER TSIALIAMANIS, for the full amounts pleaded in Plaintiff's Complaint: $4,109.88 for damages, and separately, $4,109.88 for liquidated damages. The Court retains jurisdiction to award attorney's fees. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 13th day of July 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF